UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **DAVID BERNIER,** | : | VIOLATION: |
| | : | 18 U.S.C. § 1001 |
| **Defendant** | : | (False Statements) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Making a False Statement)

From on or about April 9, 2014 to on or about April 28, 2015, in the District of Columbia and elsewhere, defendant **BERNIER**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that **BERNIER** made oral statements and written submissions to personnel with the Housing and Civil Enforcement Section of the Civil Rights Division of the United States Department of Justice ("CRT") that two of his real properties had been wrongfully foreclosed upon in 2008 and 2009 while he was serving in Iraq on active duty with the United States Air Force, as part of a fraudulent scheme by **BERNIER** to receive monetary claims administered by CRT. In truth and in fact, as **BERNIER** well knew, **BERNIER** was not on active or reserve duty in any branch of the United States Armed Forces during the time period July 2008 to March 2010.

**(Making a False Statement, in violation of Title 18, United States Code, Section 1001)**

CHANNING D. PHILLIPS
United States Attorney

By: _____
Peter C. Lallas
New York Bar No. 4290623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-6879
Peter.Lallas@usdoj.gov